** FROZEN FOOD — FOOD LOCKER — OPERATOR ** QUESTION: CAN OR CANNOT A BRANCH FROZEN FOOD LOCKER MUST BE "OWNED OR OPERATED BY OR CARRY THE FIRM NAME OF A PARENT FROZEN FOOD LOCKER PLANT?". NEGATIVE, A BRANCH FROZEN FOOD LOCKER PLANT NEED NOT BE "OWNED OR OPERATED BY OR CARRY THE FIRM NAME OF A PARENT CORPORATION FOOD LOCKER PLANT". (FOOD STORAGE, LICENSE) CITE: 63 O.S. 324.1 [63-324.1] (J. H. JOHNSON)